233 So.2d 254

**STATE of Louisiana in the interest of Michael Thomas EMERSON.**

**No. 50505.**

**April 13, 1970.**

In re: Michael Thomas Emerson applying for writ of habeas corpus and supervisory writs.

The application is denied. The Court of Appeal, Fourth Circuit, being vested with appellate jurisdiction, is likewise vested with supervisory jurisdiction, and application should first be made to that court and all remedies exhausted there before invoking our supervisory jurisdiction.

SUMMERS, J., is of the opinion the writ should be granted.